Marquette National Bank, a National Banking Association, as Trustee Under Trust Agreement, Dated December 1, 1961, and Known as Trust No. 2013, Plaintiff-Appellant, v. Village of Oak Lawn, a Municipal Corporation, Defendant-Appellee.

Gen. No. 50,301.

First District, Second Division.

December 14, 1965.

John S. Kavanaugh, of Chicago, for appellant; Gerhardt J. Gliege, of Oak Lawn, for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.